## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CARLA HARRELL                                                                                    PLAINTIFF

v.                                        No. 5:14CV00260 JLH

MAGNOLIA REGIONAL MEDICAL CENTER;
JULIE GUNNELS, individually; and
JOYCELYN WATKINS, individually                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE